UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   25 Cr. 515-1 (PAE)

    -against-                       :   ORDER
                                    :
Hanzel Rosario
                                    :
        Defendant
                                    :
------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include:

1. Defendant shall have no intentional or prolonged unsupervised contact with any child under the age of 18 without the prior permission of Pretrial Services, which could require a chaperone who is made aware of the alleged offense; and

2. Defendant shall not loiter at schools, playgrounds, parks, or other locations where minors are likely to congregate.

    Dated: New York, New York
           December 17, 2025

                    SO ORDERED:

                    _____
                    PAUL A. ENGELMAYER
                    United States District Judge