LAW OFFICES OF
# LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

_____
TELEPHONE (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

The Honorable Paul A. Engelmayer                    May 20, 2026
United States District Judge
U.S. District Court - SDNY
40 Foley Square
New York, N.Y. 10007

> Re:    *United States v. Hanzel Rosario,* 25 CR 515 (PAE)
>         Application for Adjournment of Sentncing

Dear Judge Engelmayer:

I write to request an adjournment of my client's, Mr. Hanzel Rosario's, June 9, 2026 sentencing. This request is based upon Mr. Rosario's continuing treatment for serious pulmonary issues including severe pneumonia as well as his upcoming medical appointments and procedures. Another reason is that it is difficult for me to effectively communicate with my client due to his inability to speak a full sentence without constantly coughing. The Court may recall my client's difficulty in speaking during his plea allocution. I also would prefer to meet with my client in person to prepare for his upcoming sentencing, however, I do not that think that is feasible at this time. In addition, I would like to gather additional medical materials and character letters. I have conferred with AUSA Joseph Zabel who consents to this request.

I therefore request that Mr. Rosario's sentencing be adjourned to the week of July 20, 2026.

I thank the Court for its time and consideration.

Respectfully Submitted,

LAWRENCE M. FISHER

cc:    AUSA Joseph Zabel

**GRANTED.** Sentencing is rescheduled for Tuesday, July 28, 2026 at 2:15 p.m. The defense's sentencing submission is due July 14, 2026, and the Government's is due July 21, 2026. The Clerk of Court is requested to terminate the motion at Dkt. No. 20.

SO ORDERED.                                         5/20/2026

PAUL A. ENGELMAYER
United States District Judge